# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HIEP DUC NGO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-0397 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER TO TRANSFER

Federal inmate Hiep Duc Ngo filed a *pro se* section 2254 habeas petition challenging his 2008 state conviction and life sentence for murder. He is currently incarcerated in a federal penitentiary in Kentucky. Petitioner reports, and public court records show, that he was convicted for murder in Tarrant County, Texas. Tarrant County is located within the jurisdiction of the United States District Court for the Northern District of Texas, Fort Worth Division. In the exercise of its discretion and in furtherance of justice, the Court finds that Houston is not the appropriate venue, and that this case should be transferred to the district and division from which the conviction arose. *See* 28 U.S.C. § 2241(d).

Accordingly, the Clerk of the Court is ORDERED TO TRANSFER this case to the United States District Court for the Northern District of Texas, Fort Worth Division.

Signed at Houston, Texas on February 20, 2013.

_____
Gray H. Miller
United States District Judge